IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD ROBERTSON,                              Case No. 07-1428-HO

       Plaintiff,                             JUDGMENT

  v.

Commissioner of Social Security,

       Defendant.

    The decision of the Commissioner is affirmed.

    DATED this __17th__ day of November, 2008.

                                                 s/ Michael R. Hogan
                                            United States District Judge