WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
Attorney for Plaintiff

FILED '09 JUN 30 12:12 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RONALD ROBERTSON,**                      CV # 07-1428-HO

    Plaintiff,

vs.                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $6,900.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $805.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 30th day of June, 2009.

_____
United States District Judge

Submitted on June 25, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1